IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROLAND and CELESTE HAMILTON, *as parents and legal guardians of K.H., a minor,* | : : : : | Civil Action No. 4:09-CV-1801 |
| Plaintiffs, | : : | (Judge Brann) |
| v. | : : : | |
| HEATHER SPRIGGLE, SENECA HIGHLANDS INTERMEDIATE UNIT 9, NORTHERN POTTER SCHOOL DISTRICT, RONALD MANCIA, ANTHONY WATT, MICHAEL MORGAN, KEN SUTTER, ROBERT SMITH, JEANETTE BARKER, SANDRA BAKER, CRYSTAL HEPFNER, | : : : : : : : : : : : : : | (Magistrate Judge Carlson) |
| Defendants. | : | |

**ORDER**

August 14, 2013

In conformity with the memorandum issued this date,

1. The Report and Recommendation of Magistrate Judge Carlson is ADOPTED in full. Report and Recommendation, February 7, 2013, ECF No. 130.

2. Sandra Baker and Jeanette Barker's Motion for Summary Judgment is

1

GRANTED. May 1, 2012, ECF No. 88.

3. Ronald Mancia, Seneca Highlands Intermediate Unit 9, Ken Sutter, and Anthony Watt's Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART. May 1, 2012, ECF No. 90.

4. Crystal Hepfner's Motion for Summary Judgment is GRANTED. May 1, 2012, ECF No. 94.

5. Michael Morgan, Northern Potter School District and Robert Smith's Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART. May 1, 2012, ECF No. 97.

6. Plaintiff's Motion to Supplement is DENIED. November 13, 2012, ECF No. 122.

7. Final judgment is entered in favor of Highlands Intermediate Unit 9, the Northern Potter School District, Ken Sutter, Robert Smith, Jeanette Barker, Sandra Baker and Crystal Hepfner and against plaintiffs. The clerk is directed to terminate these parties from the docket.

8. Counts I and III are dismissed in their entirety

9. The action will proceed against Heather Spriggle on Counts II, IV, V, VI, VII and VIII.

10. The action will proceed against Ronald Mancia, Anthony Watt and Michael Morgan on Counts II and VIII.

11. A separate order will issue shortly for purposes of scheduling a telephone conference call to set a trial date.

BY THE COURT:


 s/ Matthew W. Brann   
Matthew W. Brann
United States District Judge